UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br><br>   Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>ORDER REQUIRING THE WARDEN OF CORCORAN STATE PRISON TO RESPOND TO PLAINTIFF'S LETTER BRIEF<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER AND PLAINTIFF'S BRIEF (ECF NO. 28) TO SENIOR ASSISTANT ATTORNEY GENERAL MONICA ANDERSON, THE WARDEN OF CORCORAN STATE PRISON, AND THE LITIGATION COORDINATOR AT CORCORAN STATE PRISON |

John Paul Jones Murphy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 14, 2020, Plaintiff filed a "Letter Brief." (ECF No. 28). In the brief, Plaintiff alleges several instances of officers at Corcoran State Prison retaliating against him for prosecuting this lawsuit, and interfering with settlement negotiations in this case.

Given Plaintiff's allegations of retaliation and interference, the Court will require the Warden of Corcoran State Prison to file a response.

Accordingly, IT IS ORDERED that:

1. Within twenty-eight (28) days from the date of service of this order, the Warden of Corcoran State Prison shall file a response to Plaintiff's letter brief (ECF No. 28); and

2. The Clerk of Court is directed to serve Supervising Deputy Attorney General Monica Anderson, the Warden of Corcoran State Prison, and the Litigation Coordinator at Corcoran State Prison with a copy of this order and Plaintiff's Letter Brief (ECF No. 28).

IT IS SO ORDERED.

Dated: __**April 16, 2020**__                    /s/ *Erica P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE