UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>R. RODRIGUEZ, et al.,<br><br>Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>(ECF NO. 47) |

John Paul Jones Murphy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 6, 2020, Plaintiff filed a reply to Defendants' answer.  (ECF No. 47).  Plaintiff was informed that a reply was not required and not permitted.  (ECF No. 44, p. 2 n.1; ECF No. 46, p. 1).  As a reply to an answer is not permitted, the Court will not address Plaintiff's reply or the requests therein.[1]

The Court notes that discovery has not yet been opened.

IT IS SO ORDERED.

Dated:  **July 9, 2020**          /s/ Erica P. Grosjean
                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will separately address the three motions that were attached to the reply.

1