# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>R. RODRIGUEZ, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>ORDER REQUIRING **REMOTE APPEARANCES** AT SETTLEMENT CONFERENCE<br><br>**Date:  September 1, 2020**<br>**Time:  10:30 a.m.** |

A settlement conference in this matter is currently scheduled on September 1, 2020, at 10:30 a.m., before Magistrate Judge Sheila K. Oberto.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely via Zoom**.

Counsel for Defendants shall contact Courtroom Deputy Wendy Kusamura at (559) 499-5975 or wkusamura@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **July 30, 2020**                             /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1