UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br><br>           Plaintiff,<br><br>      v.<br><br>R. RODRIGUEZ, et al.,<br><br>           Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Date:  September 17, 2020<br>Time: 10:30 a.m. |

This matter is set for a settlement conference before the undersigned on September 1, 2020. (Doc. 36.) In light of the COVID-19 pandemic, the conference will be held via Zoom videoconference. (Doc. 54.) According to defense counsel, the necessary video equipment at California State Prison, Corcoran, where Plaintiff is incarcerated, is not available on September 1, 2020. Accordingly, the Court continues the settlement conference to **September 17, 2020, at 10:30 am.**

IT IS SO ORDERED.

Dated:  **August 5, 2020**               /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE