UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>R. RODRIGUEZ, et al.,<br>　　　　　Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO PRODUCE<br>INMATE JOHN PAUL JONES MURPHY,<br>CDC #V-30424, VIA VIDEO CONFERENCE<br><br><br>DATE: September 17, 2020<br>TIME:  10:30 a.m. |

　　　　JOHN PAUL JONES MURPHY, inmate, CDC #V-30424, a necessary and material witness in these proceedings in this case on September 17, 2020, is confined at CALIFORNIA STATE PRISON, CORCORAN, 4001 King Avenue Corcoran, CA 93212, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate via Video Conference in Courtroom #7, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California, on September 17, 2020, at 10:30 a.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify, via Video Conference, before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of CALIFORNIA STATE PRISON, CORCORAN**

　　**WE COMMAND** you to produce the inmate named above to testify, via Video Conference, before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __**August 6, 2020**__         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

