UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JONES MURPHY,<br><br>                                Plaintiff,<br><br>        v.<br><br>R. RODRIGUEZ, et al.,<br><br>                                Defendants. | Case No. 1:19-cv-00206-DAD-EPG (PC)<br><br>ORDER RE: PLANITIFF'S LETTER FILED SEPTEMBER 28, 2020<br><br>(ECF NO. 64) |

John Paul Jones Murphy ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 28, 2020, Plaintiff filed a notice of settlement. (ECF No. 63). Plaintiff also filed a letter. (ECF No. 64). In the letter Plaintiff states that he is unable to make copies and asks the Court to serve Defendants with a copy of the notice of settlement and the letter.

The Court will not serve paper copies of these documents on Defendants.

\\\

\\\

\\\

\\\

\\\

\\\

1

However, given that Defendants have already received electronic copies of these filings and that no response to Plaintiff's notice is required, to the extent Plaintiff is required to serve paper copies of these documents on Defendants Plaintiff is relieved of that requirement.

IT IS SO ORDERED.

Dated:   **October 1, 2020**                             /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE